IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARNOL L. MCGHEE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 2:16cv313-WHA |
| WAL-MART STORES, INC.; WAL-MART ) | |
| STORES EAST, L.P.; GEORGE ) | (wo) |
| MORRIESSETT, ) | |
| Defendants. ) | |

FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date in this case, this case is DISMISSED without prejudice for lack of subject matter jurisdiction. Judgment is entered in favor of the Defendants and against the Plaintiff.

Costs are taxed as paid.

Done this 7th day of September.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE